

October 13, 2025

*VIA ELECTRONIC MAIL*
Hon. Joel H. Slomsky
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Chambers_of_Judge_Joel_H_Slomsky@paed.uscourts.gov

**Re:**    *Reese v. City of Philadelphia, et al.*, **Civil Action No. 25-cv-5216**

Dear Judge Slomsky:

Please accept this correspondence as notice that Plaintiff, Bruce Reese, in the above captioned matter, has died.

This matter reached a settlement prior to the death of Plaintiff. The City of Philadelphia is currently working to process payment to Plaintiff's counsel. Upon receipt, the undersigned will distribute payment to the Plaintiff's Estate's representative.

Sincerely,

/s/ *Melissa Kucemba*
Melissa Kucemba, Esq.
Attorney ID # 336446
Melissa Kucemba Attorney of Law, LLC
1500 John F Kennedy Blvd., Suite 1900
Philadelphia, PA 19102
Email: melissakucemba@gmail.com
Phone: 202-827-6946
*Attorney for the Deceased Party Bruce Reese*